# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 15-60618
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

May 2, 2016

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff–Appellee,

versus

NATHAN C. STUTSY,

Defendant–Appellant.

Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 1:13-CR-36

Before REAVLEY, SMITH, and HAYNES, Circuit Judges.

PER CURIAM:[*]

Nathan Stutsy, federal prisoner # 15513-042, appeals the denial of his

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 15-60618

motion, under Federal Rule of Criminal Procedure 52(b), for collateral relief from his conviction and sentence for enticing a minor to engage in sexual activity. Rule 52(b) does not provide a procedural mechanism for collaterally challenging a conviction or sentence; rather, "recourse may be had to [Rule 52(b)] only on appeal[.]" *United States v. Frady*, 456 U.S. 152, 163 (1982). Stutsy thus appeals the denial of a "meaningless, unauthorized motion." *United States v. Early*, 27 F.3d 140, 142 (5th Cir. 1994). Accordingly, we DISMISS the appeal as frivolous. *See* 5TH CIR. R. 42.2; *Howard v. King*, 707 F.2d 215, 220 (5th Cir. 1983).